IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Scott Alan Gray and                  Case No.: 24-21521-RDB-13
Amanda Jane Drew

DEBTORS' MOTION FOR PLAN MODIFICATION
TO ABATE PAYMENTS

COME NOW the Debtors, by and through attorney, Douglas B. Breyfogle, and moves the Court, pursuant to 11 U.S.C. § 1329, for an Order modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not yet paid, for the period through August 31, 2025.

In support of said Motion, Debtors show the Court as follows:

1. Debtors request suspension of payments for the following reason:

- There has been a delay with Mr.Gray starting his new position and he is applying for other positions. He is moving from a weather dependent job to a desk job and is trying to qualify.

2. In the event that payments are not resumed within 30 days after the end of the suspension, Debtors understand that the case may be dismissed without further notice with the Court.

3. Even with this modification, Debtors would be able to complete obligations under the Plan within the statutorily required period. In the event an increase in the Plan payment is required to accommodate this modification so the Debtors are able to finish their case within the maximum Plan length, Debtors consent in advance to such increase as is necessary.

WHEREFORE, Debtors pray the Court grant this Motion modifying the Chapter 13 Plan in this case to abate/suspend all plan payments due, but not yet paid, for the period through August 31, 2025, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

s/ Douglas B. Breyfogle
Douglas B. Breyfogle, KS#16024, MO#45234
Coons & Crump, LLC
534 S. Kansas Ave., Ste. 825
Topeka, KS 66603
Phone: 913-353-4044
Fax: 888-507-1350
dbreyfogle@coonscrump.com
Counsel for Debtors